JAMES J. OSTERTAG (State Bar No. 157595)
 *jostertag@lclaw.com*
EDWARD MARTINOVICH (State Bar No. 237844)
 *emartinovich@lclaw.com*
LANKFORD CRAWFORD MORENO &
OSTERTAG LLP
1850 Mt. Diablo Blvd., Suite 600
Walnut Creek, CA 94596
Telephone: 925.300.3520
Facsimile: 925.300.3386

Attorneys for Defendant
NAVISTAR, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RAY PENEGAR, JR. and CARRA JANE PENEGAR,<br><br>Plaintiffs,<br><br>vs.<br><br>3M BONDO CORPORATION, et al.,<br><br>Defendants. | Case No. 2:13- cv-03709-ABC (MRWx)<br>_____<br><br>**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANT NAVISTAR, INC.**<br><br>CTRM:  680<br>JUDGE :  Hon. Audrey B. Collins<br><br>COMPLAINT FILED:  April 29, 2013<br>Trial Date:  July 29, 2014 |

The Motion for Summary Judgment by Defendant Navistar, Inc., was considered by the Court, the Honorable Audrey B. Collins presiding. After consideration of the evidence presented and the issues having been duly heard, a decision has been duly rendered.

LANKFORD CRAWFORD MORENO & OSTERTAG LLP

-1-
[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANT NAVISTAR, INC.

IT IS ORDERED AND ADJUDGED that the Plaintiffs Johnny Ray Penegar and Carra Jane Penegar, take nothing from Navistar, Inc., that the action against Navistar, Inc. be dismissed on the merits and that Defendant Navistar, Inc. recover its costs.

IT IS SO ORDERED.

Dated:   6/10/14

_____
HONORABLE AUDREY B. COLLINS
*Judge of the U.S. District Court*

LANKFORD CRAWFORD MORENO & OSTERTAG LLP

-2-
[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANT NAVISTAR, INC.