JAMES J. OSTERTAG (State Bar No. 157595)
 *jostertag@lclaw.com*
EDWARD MARTINOVICH (State Bar No. 237844)
 *emartinovich@lclaw.com*
LANKFORD CRAWFORD MORENO &
OSTERTAG LLP
1850 Mt. Diablo Blvd., Suite 600
Walnut Creek, CA 94596
Telephone: 925.300.3520
Facsimile: 925.300.3386

Attorneys for Defendant
MACK TRUCKS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RAY PENEGAR, JR. and CARRA JANE PENEGAR,<br><br>Plaintiffs,<br><br>vs.<br><br>3M BONDO CORPORATION, et al.,<br><br>Defendants. | Case No. 2:13- cv-03709-ABC (MRWx)<br>_____<br><br>**[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING SUMMARY JUDGMENT ON BEHALF OF DEFENDANT MACK TRUCKS, INC.**<br><br>DATE: June 9, 2014<br>TIME: 10:00 a.m.<br>CTRM: 680<br>JUDGE : Hon. Audrey B. Collins<br><br>COMPLAINT FILED: April 29, 2013<br>Trial Date: July 29, 2014 |

This Motion for Summary Judgment by Defendant Mack Trucks, Inc. came on for hearing before the Court on June 9, 2014, the Honorable Audrey B. Collins,

LANKFORD CRAWFORD MORENO & OSTERTAG LLP

-1-

[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING
SUMMARY JUDGMENT ON BEHALF OF DEFENDANT MACK TRUCKS, INC.

District Judge, presiding. After consideration of the evidence presented, the issues having been duly heard and a decision having been duly rendered,

  IT IS ORDERED AND ADJUDGED that the Plaintiffs Johnny Ray Penegar and Carra Jane Penegar take nothing, that the action be dismissed on the merits, and that Defendant Mack Trucks, Inc. recover its costs.

IT IS SO ORDERED.

Dated: 6/20/14

*(signature: Audrey B. Collins)*

  HONORABLE AUDREY B. COLLINS
  *Judge of the U.S. District Court*

LANKFORD CRAWFORD MORENO & OSTERTAG LLP

-2-

[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING SUMMARY JUDGMENT ON BEHALF OF DEFENDANT MACK TRUCKS, INC.